United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 20, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 02-41682
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

MARIE MARGARET BROWN,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-02-CR-786-1
--------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Marie Margaret Brown appeals from the sentence imposed for

transporting illegal aliens within the United States in violation

of 8 U.S.C. § 1324.  She argues that the district court erred by

increasing her offense level under U.S.S.G. § 2L1.1(b)(5) because

her offense involved intentionally or recklessly creating a

substantial risk of death or serious bodily injury to the illegal

aliens she transported.  Because the transportation of aliens in

the trunk of a vehicle is specifically listed in the comments to

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

U.S.S.G. § 2L1.1(b)(5) as the type of conduct contemplated by the Sentencing Commission in drafting this guideline provision and because the district court determined that the aliens being transported in the trunk of an automobile without seats or restraints were susceptible to serious bodily injury or death in the event of an accident, the district court did not err in increasing Brown's offense level under U.S.S.G. § 2L1.1(b)(5). See U.S.S.G. § 2L1.1, comment. (n.6). Accordingly, the district court's judgment is AFFIRMED.